B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of New Jersey _____

In re James Harold Maser & Sheryl Lynn Maser     Case No. 16-25057-MBK

_____

_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 4-2 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

U.S. Bank National Association,not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT

Address of Alleged Transferor:

c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Name of Transferee

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

Address of Transferee:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                  **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of New Jersey        ⊞

In re   James Harold Maser & Sheryl Lynn Maser ,                    Case No. 16-25057-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

     Name of Transferee

U.S. Bank National Association,not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT

     Name of Transferor

Name and Address where notices to transferee should be sent: Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

Phone: 888-504-6700
Last Four Digits of Acct #: 0593

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619
Phone:
Last Four Digits of Acct #:

Court Claim # (if known): 4-2
Amount of Claim: $178,403.86
Date Claim Filed: 12/27/2016

Phone: 888-504-6700
Last Four Digits of Acct. #: 0593

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Schwalb                          Date: 06/02/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Rushmore Loan Management Services, LLC<br>as servicer for U.S. Bank National Association,<br>not in its individual capacity but solely as trustee<br>for RMTP Trust, Series 2021 BKM-TT | Case No.: | 16-25057-MBK |
|---|---|---|
| | Chapter: | 13 |
| In Re:<br><br>James Harold Maser<br>aka James H Maser, Sr.<br>Sheryl Lynn Maser | Adv. No.: | |
| | Hearing Date: | |
| | Hon. Judge: | Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1.  I, __Katie Crotteau__ :

    ☐  represent _____ in the this matter.

    ☒  am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __Rushmore Loan Management Servi__ in the this matter.

    ☐  am the _____ in the this case and am representing myself.

2.      On _____June 2, 2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3.      I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   __June 2, 2021__          __/s/Katie Crotteau__
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James Harold Maser<br>207 Kentucky Trail<br>Browns Mills, NJ 08015<br><br>Sheryl Lynn Maser<br>207 Kentucky Trail<br>Browns Mills, NJ 08015 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| David S Waltzer<br>Law Offices of David S. Waltzer, PC<br>1 Central Avenue<br>Suite 307<br>Tarrytown, NY 10591 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2